The parties are ORDERED to submit objections and suggestions no later than 5:30 pm on Friday, October 28, 2005.

IT IS SO ORDERED.

*/s/ Vaughn R Walker*

**VAUGHN R WALKER**

**United States District Chief Judge**