IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR   04-0125   VRW |
| Plaintiff | ORDER |
| v | |
| RELIANT ENERGY SERVICES, INC, et al, | |
| Defendants. | |

After reviewing defendants' jointly proposed jury questionnaire (Doc #209) and not receiving a proposed jury questionnaire from the government, the court proposes to submit the attached jury questionnaire to prospective jurors.

//
//
//
//
//

The parties are ORDERED to submit objections and suggestions no later than 5:30 pm on Friday, October 28, 2005.

IT IS SO ORDERED.

   /s/ Vaughn R Walker
   ──────────────────────────────
   **VAUGHN R WALKER**
   **United States District Chief Judge**