IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No | CR 04-0125 VRW |
| Plaintiff | | ORDER |
| v | | |
| RELIANT ENERGY SERVICES, INC, et al, | | |
| Defendants. | | |

     The court has received the government's notice of appeal and certification pursuant to 18 USC § 3731 and motion for stay of proceedings pending interlocutory appeal.  Upon cursory review, it appears that the filings would divest the court of jurisdiction over aspects of the case that are involved in the appeal, see, e g, <u>United States v Tovar-Rico</u>, 61 F3d 1529, 1532 (11th Cir 1995), and prevent the court from empaneling a jury during the pendency of the appeal, see, e g, <u>United States v Centracchio</u>, 236 F3d 812, 813-14 (7th Cir 2001).

Nonetheless, the parties were scheduled for further pretrial conference on Monday, October 31, 2005, at 10:00 am, with jury selection to begin on Tuesday, November 1, 2005, at 1:30 pm. The court's jury office has time-qualified some 80-90 prospective jurors. These prospective jurors will be available for the five-week period for which trial in this matter has been scheduled.

Due to the difficulty of holding such a large number of prospective jurors in abeyance for a prolonged period, the parties are REQUESTED to appear as scheduled on Monday, October 31, 2005, at 10:00 am, in order to advise the court of (1) the status of the appellate proceeding and (2) the likelihood that trial can commence in a time frame that will make the prospective jurors able to serve or whether the court will have to excuse this panel and start over qualifying prospective jurors upon remand from the court of appeals.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge

2