1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  HAYWOOD S. GILLIAM, JR. (CASBN 172732)
   KESLIE STEWART (CASBN 184090)
5  MICHAEL LI-MING WANG (CASBN 194130)
   BLAKE D. STAMM (CTSBN 301887)
6  Assistant United States Attorneys

7    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
8    Telephone: (415) 436-7212
     FAX: (415) 436-7234
9
   Attorneys for Plaintiff
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15
   UNITED STATES OF AMERICA,         )   No. CR 04-0125 VRW
16                                   )
          Plaintiff,                 )   STIPULATION AND [PROPOSED]
17                                   )   ORDER SETTING HEARING DATE AND
   RELIANT ENERGY SERVICES, INC.,    )   EXCLUDING TIME
18 JACKIE R. THOMAS,                 )
   V. REGINALD HOWARD II,            )
19 LISA L. FLOWERS, and              )
   J. KEVIN FRANKENY,                )
20                                   )
          Defendants.                )
21 _____ )

22       On July 5, 2006, the Court of Appeals for the Ninth Circuit issued a memorandum order

23 remanding this matter for further proceedings regarding the issue of the admissibility of the

24 Market Monitoring and Information Protocol ("MMIP"). On July 13, 2006, the United States

25 filed a memorandum setting forth its position on the issues framed by the Ninth Circuit's order.

26 The parties anticipate that, by operation of the Ninth Circuit's rules, the mandate in this matter

27 will issue on or about July 26, 2006. *See* Ninth Circuit Rule 41-2.

28       The parties have met and conferred regarding a date for a status hearing and for argument

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW

1  on the MMIP issues remanded by the Ninth Circuit. The earliest Tuesday counsel for all parties
2  can be available for such a hearing is August 22, 2006. The parties therefore jointly request that
3  the matter be set on calendar on that date at 10:30 a.m. for a hearing on those matters. The
4  parties are reviewing their respective trial calendars and suggest that a trial date be discussed at
5  the status conference on August 22.
6      In addition, the parties stipulate and agree that exclusion of time between July 26, 2006
7  and August 22, 2006 is appropriate under the Speedy Trial Act, Title 18, United States Code,
8  Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv), based on the continuing complexity of this matter
9  and the need to avoid unreasonably denying each defendant continuity of counsel. The parties
10 agree that the ends of justice served by granting the requested continuance outweigh the best
11 interest of the public and the defendant in a speedy trial.

13 Dated: July 20, 2006　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Haywood S. Gilliam, Jr.
15　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
16　　　　　　　　　　　　　　　　　　　　　　KESLIE STEWART
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL LI-MING WANG
17　　　　　　　　　　　　　　　　　　　　　　BLAKE D. STAMM
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys

19 Dated:
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM M. GOODMAN
20　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Reliant Energy Services

21 Dated:
　　　　　　　　　　　　　　　　　　　　　　　_____
22　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. JEFFRESS, JR.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Reliant Energy Services

23 Dated:
　　　　　　　　　　　　　　　　　　　　　　　_____
24　　　　　　　　　　　　　　　　　　　　　　GEORGE COTSIRILOS
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Jackie Thomas

26 Dated:
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARY McNAMARA
27　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant V. Reginald Howard II

n the MMIP issues remanded by the Ninth Circuit. The earliest Tuesday counsel for all parties an be available for such a hearing is August 22, 2006. The parties therefore jointly request that he matter be set on calendar on that date at 10:30 a.m. for a hearing on those matters. The arties are reviewing their respective trial calendars and suggest that a trial date be discussed at he status conference on August 22.

In addition, the parties stipulate and agree that exclusion of time between July 26, 2006 nd August 22, 2006 is appropriate under the Speedy Trial Act, Title 18, United States Code, ections 3161(h)(8)(A) and (h)(B)(ii) and (iv), based on the continuing complexity of this matter nd the need to avoid unreasonably denying each defendant continuity of counsel. The parties gree that the ends of justice served by granting the requested continuance outweigh the best nterest of the public and the defendant in a speedy trial.

Dated: July 20, 2006

KEVIN V. RYAN
United States Attorney

HAYWOOD S. GILLIAM, JR.
KESLIE STEWART
MICHAEL LI-MING WANG
BLAKE D. STAMM
Assistant United States Attorneys

Dated: 7/21/06

WILLIAM M. GOODMAN
Attorney for Defendant Reliant Energy Services

Dated: 7/21/06

WILLIAM H. JEFFRESS, JR. /WMG
Attorney for Defendant Reliant Energy Services

Dated: 7/21/06

GEORGE COTSIRILOS, Jr. /WMG
Attorney for Defendant Jackie Thomas

Dated: 7/21/06

MARY McNAMARA /WMG
Attorney for Defendant V. Reginald Howard II

TIPULATION AND [PROPOSED] ORDER
R 04-0125 VRW                          2

JUL-20-2006  16:04                                                                                          P.04

Dated:  7/21/06

*[signature]* Nanci Clarence /wrc
NANCI CLARENCE
Attorney for Defendant Lisa L. Flowers

Dated:  7/21/06

*[signature]* John L. Williams /wrc
JOHN L. WILLIAMS
Attorney for Defendant J. Kevin Frankeny

## ORDER

For the foregoing reasons, and good cause appearing, the Court HEREBY ORDERS this matter set over to August 22, 2006 for a status conference and hearing regarding the issues identified in the Ninth Circuit's July 5, 2006 memorandum order. The Court further ORDERS the period between July 26, 2006 and August 22, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds exclusion appropriate based on the continuing complexity of this matter and the need to avoid unreasonably denying each defendant continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 24 JUL 2006

*[signature]*
HONORABLE VAUGHN R. WALKER
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND EXCLUDING TIME**

in the case of **UNITED STATES V. RELIANT ENERGY SERVICES, ET AL.,** **CR-04-0125-VRW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

William M. Goodman, Esq.
Topel & Goodman
832 Sansome Street, Fourth Floor
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile:(415) 398-5030

\_\_\_\_\_ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__X__ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_\_ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2006

Cherell M. Hallett
United States Attorney's Office