IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR-04-125 - VRW |
|     Plaintiff, | ORDER |
|     v | |
| RELIANT ENERGY SERVICES, INC et al, | |
|     Defendants. / | |

       Not later than December 28, 2006, the parties are directed to serve and file a letter not exceeding two pages describing the present status of trial preparation.  In the alternative, the parties may report to the court for a status conference not later than January 19, 2007.  The parties may arrange a status conference date with the court's deputy, Cora Delfin, who may be reached at (415) 522-2039.

       The parties are reminded of the firm trial date herein of March 12, 2007.

       IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge