IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR   04-0125   VRW |
| Plaintiff | ORDER |
| v | |
| RELIANT ENERGY SERVICES, INC, et al, | |
| Defendants. | |

The court proposes to submit the attached questionnaire to prospective jurors in the above action.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge