1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  HAYWOOD S. GILLIAM, JR. (CASBN 172732)
   KESLIE STEWART (CASBN 184090)
5  MICHAEL LI-MING WANG (CASBN 194130)
   BLAKE D. STAMM (CTSBN 301887)
6  Assistant United States Attorneys

7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
8     Telephone: (415) 436-7212
      FAX: (415) 436-7234
9
   Attorneys for Plaintiff
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 UNITED STATES OF AMERICA,        )   No. CR 04-0125 VRW
                                    )
16        Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER EXCLUDING TIME
17                                  )
   RELIANT ENERGY SERVICES, INC.,   )
18 JACKIE R. THOMAS,                )
   V. REGINALD HOWARD II,           )
19 LISA L. FLOWERS, and              )
   J. KEVIN FRANKENY,               )
20                                  )
         Defendants.                )
21 _____  )

22       This matter came before the Court on August 22, 2006 for a status conference. Counsel

23 for the United States and for each defendant appeared at the hearing. Individual defendants

24 Jackie Thomas, V. Reginald Howard, Lisa Flowers, and Kevin Frankeny were not present, each

25 having filed a written waiver of his or her right to be present at the hearing.

26       At the hearing, at the request of counsel for all defendants, and without objection from

27 the government, the Court set the trial in this matter for March 12, 2007. Counsel for defendant

28 Reliant explained on the record that the company's trial counsel, Mr. Goodman and Mr. Jeffress,

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW

1  were unavailable until that date based on substantial trials scheduled to commence on September
2  11, 2006 and January 8, 2007, respectively. Counsel for the government and for the defendants
3  agreed that the exclusion of time between August 22, 2006 and March 12, 2007 was appropriate
4  under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii)
5  and (iv), based on the continuing complexity of this matter and the need to avoid unreasonably
6  denying the defendants continuity of counsel. The parties agree that the ends of justice served by
7  granting the requested continuance outweigh the best interest of the public and the defendant in a
8  speedy trial. Each of the defendants so stipulates by his or her signature below.

10  Dated: August 22, 2006                KEVIN V. RYAN
                                          United States Attorney

                                          /s/
13                                        _____
                                          HAYWOOD S. GILLIAM, JR.
                                          KESLIE STEWART
14                                        MICHAEL LI-MING WANG
                                          BLAKE D. STAMM
15                                        Assistant United States Attorneys

17  Dated:
                                          _____
                                          WILLIAM M. GOODMAN
18                                        Attorney for Defendant Reliant Energy Services

20
21  Dated:
                                          _____
                                          On behalf of Reliant Energy Services
                                          Defendant

24  Dated:
                                          _____
                                          GEORGE COTSIRILOS
25                                        Attorney for Defendant Jackie Thomas

27  Dated:
                                          _____
                                          JACKIE THOMAS
28                                        Defendant

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW                                       2

1  were unavailable until that date based on substantial trials scheduled to commence on September
2  11, 2006 and January 8, 2006, respectively. Counsel for the government and for the defendants
3  agreed that the exclusion of time between August 22, 2006 and March 12, 2007 was appropriate
4  under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii)
5  and (iv), based on the continuing complexity of this matter and the need to avoid unreasonably
6  denying the defendants continuity of counsel. The parties agree that the ends of justice served by
7  granting the requested continuance outweigh the best interest of the public and the defendant in a
8  speedy trial. Each of the defendants so stipulates by his or her signature below.

10  Dated: August 22, 2006

KEVIN V. RYAN
United States Attorney

HAYWOOD S. GILLIAM, JR.
KESLIE STEWART
MICHAEL LI-MING WANG
BLAKE D. STAMM
Assistant United States Attorneys

17  Dated: 8/23/06

_____
WILLIAM M. GOODMAN
Attorney for Defendant Reliant Energy Services

20  Dated: 8/23/06

_____
On behalf of Reliant Energy Services
Defendant

24  Dated:

_____
GEORGE COTSIRILOS
Attorney for Defendant Jackie Thomas

27  Dated:

_____
JACKIE THOMAS
Defendant

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW                                              2

1. were unavailable until that date based on substantial trials scheduled to commence on September
2. 11, 2006 and January 8, 2007, respectively. Counsel for the government and for the defendants
3. agreed that the exclusion of time between August 22, 2006 and March 12, 2007 was appropriate
4. under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii)
5. and (iv), based on the continuing complexity of this matter and the need to avoid unreasonably
6. denying the defendants continuity of counsel. The parties agree that the ends of justice served by
7. granting the requested continuance outweigh the best interest of the public and the defendant in a
8. speedy trial. Each of the defendants so stipulates by his or her signature below.

10. Dated: August 22, 2006

    KEVIN V. RYAN
    United States Attorney

13. 
    HAYWOOD S. GILLIAM, JR.
    KESLIE STEWART
    MICHAEL LI-MING WANG
    BLAKE D. STAMM
    Assistant United States Attorneys

17. Dated:

    WILLIAM M. GOODMAN
    Attorney for Defendant Reliant Energy Services

20. Dated:

    On behalf of Reliant Energy Services
    Defendant

24. Dated: 9/17/06

    GEORGE COTSIRILOS
    Attorney for Defendant Jackie Thomas

27. Dated: 9/14/06

    JACKIE THOMAS
    Defendant

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW                                      2

| | |
|---|---|
| Dated: 8/31/06 | _____<br>MARY McNAMARA<br>Attorney for Defendant V. Reginald Howard II |
| Dated: 8/31/06 | _____<br>V. REGINALD HOWARD<br>Defendant |
| Dated: | _____<br>NANCI CLARENCE<br>Attorney for Defendant Lisa L. Flowers |
| Dated: | _____<br>LISA L. FLOWERS<br>Defendant |
| Dated: | _____<br>JOHN L. WILLIAMS<br>Attorney for Defendant J. Kevin Frankeny |
| Dated: | _____<br>J. KEVIN FRANKENY<br>Defendant |

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW                                    3

```
 1
 2
 3   Dated: _____    _____
                                     MARY McNAMARA
 4                                   Attorney for Defendant V. Reginald Howard II
 5
 6   Dated: _____    _____
                                     V. REGINALD HOWARD
 7                                   Defendant
 8
 9
10   Dated: 8/23/04                   _____
                                     NANCI CLARENCE
11                                   Attorney for Defendant Lisa L. Flowers
12
13   Dated: 08/30/06                  _____
                                     LISA L. FLOWERS
14                                   Defendant
15
16
17   Dated: _____    _____
                                     JOHN L. WILLIAMS
18                                   Attorney for Defendant J. Kevin Frankeny
19
20
21   Dated: _____    _____
                                     J. KEVIN FRANKENY
22                                   Defendant
23
24
25
26
27
28
```

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW                                3

| | |
|---|---|
| 1 | |
| 2 | Dated: |
| 3 | MARY McNAMARA<br>Attorney for Defendant V. Reginald Howard II |
| 4 | |
| 5 | |
| 6 | Dated: |
| 7 | V. REGINALD HOWARD<br>Defendant |
| 8 | |
| 9 | |
| 10 | Dated: |
| 11 | NANCI CLARENCE<br>Attorney for Defendant Lisa L. Flowers |
| 12 | |
| 13 | |
| 14 | Dated: LISA L. FLOWERS<br>Defendant |
| 15 | |
| 16 | |
| 17 | |
| 18 | Dated: 8-24-06 JOHN L. WILLIAMS<br>Attorney for Defendant J. Kevin Frankeny |
| 19 | |
| 20 | |
| 21 | Dated: |
| 22 | J. KEVIN FRANKENY<br>Defendant |

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW                                    3

## ORDER

For the foregoing reasons, and those discussed on the record at the August 22, 2006 status conference, and good cause appearing, the Court HEREBY ORDERS that trial in this matter will commence on March 12, 2007, with a pretrial conference to be held on February 14, 2007. The Court further ORDERS the period between August 22, 2006 and March 12, 2007 excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(ii) and (iv). The Court finds exclusion appropriate based on the continuing complexity of this matter and the need to avoid unreasonably denying the defendants continuity of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: 　　　　　

HONORABLE VAUGHN R. WALKER
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 04-0125 VRW                                        4