IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR   04-0125   VRW |
|     Plaintiff | ORDER |
|     v | |
| RELIANT ENERGY SERVICES, INC, et al, | |
|     Defendants. | |

    The court proposes to submit the attached amended questionnaire to prospective jurors in the above action.

    IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER

United States District Chief Judge