1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   TRACIE L. BROWN (CSBN 184339)
5  JONATHAN D. SCHMIDT (MABN 563767)
   MICHAEL LI-MING WANG (CSBN 194130)
6  Assistant United States Attorneys

7      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
8      Telephone: (415) 436–6767

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 04–0125 VRW
                                       )
14         Plaintiff,                  )
          v.                           )
15                                     )
    RELIANT ENERGY SERVICES, INC.,     )
16  JACKIE R. THOMAS,                  )   NOTICE OF DISMISSAL
    V. REGINALD HOWARD II,             )
17  LISA L. FLOWERS and                )
    J. KEVIN FRANKENY,                 )
18                                     )
           Defendants.                 )
19  _____)

20         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a),

21  the United States dismisses the Third Superseding Indictment without prejudice, subject

22  to the agreements and understandings in the Deferred Prosecution Agreements between

23  the defendants and the United States filed separately with this Court.

24
    Dated: March 5, 2007              Respectfully submitted,
25
                                      SCOTT N. SCHOOLS
26                                    United States Attorney

27

28                                    _____
                                      MARK L. KROTOSKI
                                      Chief, Criminal Division

NOTICE OF DISMISSAL
CR 04–125 VRW

1    Leave of Court is granted to the government to dismiss the Third Superseding Indictment.

2

3    DATED: 2 6 MAR 2007

4                                         HON. VAUGHN R. WALKER
                                          United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
CR 04–125 VRW                          -2-